## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              DATE: 5-11-06

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ      CR. 00-043-39 (PG)

INT : HILDA GUTIERREZ
================================================================

UNITED STATES OF AMERICA          AUSA-EVELYN CANALS

Plaintiff(s)

V.

ISRAEL RUIZ-SANCHEZ               AFPD- FRANCISCO VALCARCEL

Defendant(s)
================================================================

CASE CALLED FOR INITIAL APPEARANCE/ SUPERVISED RELEASE VIOLATION. Defendant is brought before the Court based upon an arrest warrant issued by Honorable Judge Pérez-Gímenez on April 19, 2006. Defendant is informed as to the nature of the violations. The Federal Public Defender is appointed to represent Mr. Ruiz-Sánchez. Defendant through counsel informed to the Court that he will not contest violations. Magistrate Gelpí entered his findings as to probable cause as to all violations. Case is referred to Honorable Judge Pérez-Gímenez for Final Revocation Hearing. Defendant shall remain committed.

S/ Carlos J. Rodríguez
Deputy Clerk