# UNITED STATES DISTRICT COURT

_____ JUDICIAL _____ District of _____ PUERTO RICO _____

UNITED STATES OF AMERICA

V.

**Israel RUIZ-SANCHEZ**
D-19 Altos de Cuba
Yauco, Puerto Rico 00698
Tel: 787-856-5327

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

Case    00 CR 0043-039 (PG)

*RECEIVED & FILED 06 MAY 17 PM 4: 04 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R.*

*USM PUERTO RICO FUGITIVE TASK FORCE 2006 MAY 16 PM 3: 23*

YOU ARE HEREBY COMMANDED to arrest _____ **Israel RUIZ-SANCHEZ** _____
                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with  (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

| JUAN M. PEREZ-GIMENEZ | s/Janet González  *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer / By: Janet González, Deputy Clerk |
| UNITED STATES DISTRICT JUDGE | May 9, 2006 at Hato Rey, Puerto Rico |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 5-11-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-11-06 | José L. Rivera TFA | *[signature]* |